Timothy B. Wilson - ISB # 6479
Thomas A. Bushnell - ISB # 9163
Timothy B. Wilson, Attorney at Law, PA
P.O. Box 3009
Bonners Ferry, ID 83805
Telephone:   (208) 267-1777
Facsimile:   (208) 267-1760
*tbwilson@twlawoffice.com*
*tom@bonnersferrylaw.com*

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TIFFANY K. MURRAY and KEVIN C. MURRAY, husband and wife,<br><br>Plaintiffs,<br><br>-vs-<br><br>CITY OF BONNERS FERRY and JOEL MINOR, in his official and individual capacities, and JOHN LUNDE, in his official and individual capacities, and STEPHEN BOORMAN, in his official and individual capacities; and STEVEN BENKULA, in his official and individual capacities, ROBERT BOONE, in his official and individual capacities, and JOHN DOES I-V, and JANE DOES I-V.<br><br>Defendants. | **CASE NO. 2:15 -cv- 81**<br><br>**MOTION TO STRIKE DEFENDANT'S MEMORANDUM (DKT 39) AND AFFIDAVIT (DKT42)** |

COMES NOW, Plaintiffs TIFFANY AND KEVIN MURRAY, by and through their attorney of record, THOMAS A. BUSHNELL, pursuant to Local Federal Rule 7.1 and moves this Court to Strike the Defendant's Memorandum filed on April 1, 2016 (DKT 39) (hereinafter the "Memorandum") and Affidavit filed on April 4, 2016 (DKT 42) (hereinafter "Affidavit").

The reason the Plaintiffs are filing this Motion to Strike Defendant's Memorandum and Affidavit is that the filings violate Local Rule 7.1, the Defendants did not have leave of the Court

to exceed the page limit, the Defendants did not seek leave of the Court to exceed the page limit and the Plaintiffs are prejudiced by the filing of the over length documents.

This Motion shall be supported by a Memorandum and a Statement of Facts.

**PRAYER**

The Plaintiffs respectfully request the Court to:

1. Rule on the outstanding procedural motions **before** the hearing on the Defendants' Motion for Summary Judgment and the Plaintiff's Motion to Amend to include a claim for Punitive Damages, to be held on June 22, 2016.

2. Strike the Defendants' Memorandum filed on April 1(DKT 39), and Defendants' Affidavit filed on April 4, 2016 (DKT 42).

   a. In the alternative, truncate Defendant's Memorandum of April 1, 2016 (DKT 39) to twenty (20) pages and strike the Affidavit of April 4, 2016 (DKT 42) in its entirety.

3. Award Plaintiffs reasonable attorney fees and cost having to bring this motion.

4. Any other relief the Court finds just and equitable.

DATED this 6th day of April, 2016.

_____
Thomas A. Bushnell
Attorney for Tiffany K. Murray and
Kevin C. Murray

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of April, 2016, I filed the foregoing electronically through the CM/ECF system, which caused to following parties or council to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

PETER C. ERBLAND
JENNIFER FEGERT
LAKE CITY LAW GROUP PLLP
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID 83815
Attorney for Defendants, City of Bonners Ferry,
Joel Minor, Steve Benkula, Robert Boone and Stephen Boorman
Telephone: (208) 664-8115
Facsimile:  (208) 664-6338
Peter.erbland@LCLattorneys.com
bkimbley@LCLattorneys.com
nhastings@LCLattorneys.com


MICHAEL J. ELIA
MOORE AND ELIA, LLP
P.O. Box 6756
Boise, ID 83707
Attorney for Defendant, John Lunde
Telephone: (208) 336-6900
Facsimile:  (208) 336-7031
mje@melawfirm.net
chris@melawfirm.net
shawna@melawfirm.net

_____
Thomas A. Bushnell
Attorney for Plaintiffs