Timothy B. Wilson - ISB # 6479
Thomas A. Bushnell - ISB # 9163
Timothy B. Wilson, Attorney at Law, PA
P.O. Box 3009
Bonners Ferry, ID 83805
Telephone:   (208) 267-1777
Facsimile:   (208) 267-1760
*tbwilson@twlawoffice.com*
*thomasabushnell@gmail.com*

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TIFFANY K. MURRAY and KEVIN C. MURRAY, husband and wife,<br><br>Plaintiffs,<br><br>-vs-<br><br>CITY OF BONNERS FERRY and JOEL MINOR, in his official and individual capacities, and JOHN LUNDE, in his official and individual capacities, and STEPHEN BOORMAN, in his official and individual capacities; and STEVEN BENKULA, in his official and individual capacities, ROBERT BOONE, in his official and individual capacities, and JOHN DOES I-V, and JANE DOES I-V.<br><br>Defendants. | **CASE NO. 2:15 -cv- 81**<br><br>**STATEMENT OF FACTS IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S MEMORANDUM (DKT 39) AND AFFIDAVIT (DKT42)** |

COMES NOW, Plaintiffs TIFFANY AND KEVIN MURRAY, by and through their attorney of record, THOMAS A. BUSHNELL, and hereby submits this Statement of Facts in Support of Motion to Strike Defendant's Memorandum in Opposition to Plaintiff's Motion to Amend Complaint to Add Claims for Punitive Damages (DKT 39) filed on April 1 and 4, 2016 and Affidavit (DKT 42) filed on April 4, 2016.

1 - STATEMENT OF FACTS IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S MEMORANDUM (DKT 39) AND AFFIDAVIT (DKT42)

## STATEMENT OF FACTS

1. On March 17, 2015, Plaintiffs caused to be served on Defendant, City of Bonners Ferry via the City Clerk Kris Larson, the First Amended Complaint in this matter (DKT 5).

2. On March 11, 2016 the Plaintiff's filed a Motion to Amend Complaint to Add Claims for Punitive Damages (DKT 35)

3. On April 1, 2016 the Defendants filed a Memorandum in Opposition, to the Plaintiff's Motion to Amend Complaint to Add Claims for Punitive Damages, that was 24 pages in length (not including certification of Service page) (DKT 39).

4. On April 4, 2016, at 5:34 pm PDT, the Defendants filed an Affidavit of Perter Erbland which incorporated a report of Scot Haug ". . . into the defendant's memorandum in opposition as if fully set forth therein." (DKT 42)

5. The Defendants' Memorandum filed on April 1, 2016, (DKT 39) made no mention of Scot Haug or his report.

6. The adding of the Scot Haug Report to the Memorandum added forty-three (43) pages to the already twenty-four (24) page Memorandum resulting in a Memorandum sixty-seven (67) pages in length.

7. Plaintiffs have incurred increased expense of litigation by having to reply to the Defendant's filing.

DATED this 6th day of April, 2016

Thomas A. Bushnell
Attorney for Tiffany and Kevin Murray

2 - STATEMENT OF FACTS IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S MEMORANDUM (DKT 39) AND AFFIDAVIT (DKT42)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of April, 2016, I filed the foregoing electronically through the CM/ECF system, which caused to following parties or council to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

PETER C. ERBLAND
JENNIFER FEGERT
LAKE CITY LAW GROUP PLLP
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID 83815
Attorney for Defendants, City of Bonners Ferry,
Joel Minor, Steve Benkula, Robert Boone and Stephen Boorman
Telephone: (208) 664-8115
Facsimile: (208) 664-6338
Peter.erbland@LCLattorneys.com
bkimbley@LCLattorneys.com
nhastings@LCLattorneys.com

MICHAEL J. ELIA
MOORE AND ELIA, LLP
P.O. Box 6756
Boise, ID 83707
Attorney for Defendant, John Lunde
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
mje@melawfirm.net
chris@melawfirm.net
shawna@melawfirm.net

_/s/ Thomas A. Bushnell_
Thomas A. Bushnell
Attorney for Plaintiffs

3 - STATEMENT OF FACTS IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S MEMORANDUM (DKT 39) AND AFFIDAVIT (DKT42)