Timothy B. Wilson - ISB # 6479
Thomas A. Bushnell - ISB # 9163
Timothy B. Wilson, Attorney at Law, PA
P.O. Box 3009
Bonners Ferry, ID 83805
Telephone:	(208) 267-1777
Facsimile:	(208) 267-1760
*tbwilson@twlawoffice.com*
*thomasabushnell@gmail.com*

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TIFFANY K. MURRAY and KEVIN C. MURRAY, husband and wife,<br><br>Plaintiffs,<br><br>-vs-<br><br>CITY OF BONNERS FERRY and JOEL MINOR, in his official and individual capacities, and JOHN LUNDE, in his official and individual capacities, and STEPHEN BOORMAN, in his official and individual capacities; and STEVEN BENKULA, in his official and individual capacities, ROBERT BOONE, in his official and individual capacities, and JOHN DOES I-V, and JANE DOES I-V.<br><br>Defendants. | CASE NO. 2:15 -cv- 81<br><br>**TABLE OF POINTS AND AUTHORITIES IN SUPPORT OF MEMMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S MEMORANDUM (DKT 39) AND AFFIDAVIT (DKT 42)** |

COMES NOW, Plaintiffs TIFFANY K. MURRAY and KEVIN C. MURRAY, by and through their counsel of record, the Wilson Law Firm, hereby submits this Table of Points and Authorities.

1 – TABLE OF POINTS AND AUTHORITIES

| Authority | Page |
| --- | --- |
| Idaho Federal Local Civil Rule 7.1 | 2, 6 |
| F.R.C.P. 7. 1 (a)(2) | 4, 5 |
| F. R. C. P. 7.1(e) | 4 |
| *See Vanorden v. Bannock Cnty.*, Case No.: 4:14-cv-00303-REB at 5 (D. Idaho, 2015) (unreported) | 2, |
| Federal Rules of Civil Procedure 26(2)(b) | 3, |
| *Gelfert v. National City Bank*, 313 U.S. 221 (U.S. 1941 | 3 |
| *SEC v. Patty*, 1986 U.S. Dist. LEXIS 28188 (C.D. Cal. Mar. 13, 1986) | 3 |
| *King County v. Rasmussen*, 299 F.3d 1077, 1082 (Fed. 9th Cir., 2002 | 5 |
| F.R.C.P 1 | 6 |

DATED this 6th day of April 2016.

*Thomas A. Bushnell*
Thomas A. Bushnell
Attorney for Kevin and Tiffany Murray

2 – TABLE OF POINTS AND AUTHORITIES